## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **LATERICA FINLEY,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | **_____** |
| **JIMMY LEE JONES and WERNER ENTERPRISES, INC.,** | **REMOVED FROM SUPERIOR COURT OF COBB COUNTY** |
| **Defendants.** | **CIVIL ACTION FILE NO. 22100849** |

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COME NOW, Jimmy Lee Jones and Werner Enterprises, Inc. (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.     A civil action was filed on February 8, 2022, in the Superior Court of Cobb County, State of Georgia. That action is designated there as Civil Action File No.: 22100849. Defendants first received notice of the suit on the day it was served,

February 10, 2022. This removal is timely filed. Plaintiff has previously submitted a demand to Defendants in the amount of $300,000.00.

2.     Defendants file herewith a copy of all process, pleadings, and orders received by Defendants in Civil Action File No.: 22100849, pursuant to 28 USC §1446.

3.     Defendant Jimmy Lee Jones is an individual and citizen residing with the intent to remain in the State of Arkansas.

4.     Defendant Werner, is now, was at the commencement of Civil Action File No.: 22100849, and at all times since has been an entity organized and existing under the laws of the State of Nebraska.

5.     Defendant Werner's Principal Office at the time of filing of Civil Action File No.: 22100849 was, and at all times since has been located in Omaha, NE.

6.     Upon information and belief, Plaintiff is an individual residing in the State of Georgia.

7.     The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there

is complete diversity among the Parties, the Parties are not residents of the same State, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

a. Plaintiff has previously submitted a demand to Defendants in the amount of $300,000.00

b. "Amount in controversy" means simply the amount sought by Plaintiff that can be legally awarded by the fact-finder. "The jurisdictional fact in this case is not whether the damages are greater than the requisite amount, but whether a fact finder might legally conclude that they are: In other words, an amount that a plaintiff claims is not 'in controversy' if no fact finder could legally award it." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir., 2002). "[T]he plaintiffs' likelihood of success on the merits is largely irrelevant to the court's jurisdiction because the pertinent question is what is in controversy in the case, not how much the plaintiffs are ultimately likely to recover." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir., 2010). In a tort case the amount in controversy includes "general, special, and punitive damages." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir., 2001).

8.      Defendant attaches hereto a copy of the Summons and Complaint in Superior Court of Cobb County, State of Georgia, marked as Exhibit "A".

9.      Defendant attaches hereto a copy of Defendants' Notice of Removal which has been sent for filing in the Superior Court of Cobb County, State of Georgia, marked as Exhibit "B".

10.     All Defendants agree to this removal.

WHEREFORE the Defendant prays that the above action now pending against them in the Superior Court of Cobb County, State of Georgia, be removed to this Court.

Respectfully submitted this 11th day of March, 2022.

**HALL BOOTH SMITH, PC**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  (404) 954-5000
F:  (404) 954-5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com

4

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **LATERICA FINLEY,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | **_____** |
| **JIMMY LEE JONES and WERNER ENTERPRISES, INC.,** | **REMOVED FROM SUPERIOR COURT OF COBB COUNTY** |
| **Defendants.** | **CIVIL ACTION FILE NO. 22100849** |

## <u>CERTIFICATE OF COMPLIANCE</u>

The foregoing **<u>DEFENDANTS' NOTICE OF REMOVAL</u>** is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this 11th day of March, 2022.

**HALL BOOTH SMITH, PC**

*/s/ Sean B. Cox*
_____
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  (404) 954-5000
F:  (404) 954-5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com

# **<u>EXHIBIT A</u>**



**CORPORATE CREATIONS®**
Registered Agent · Director · Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Werner Enterprises, Inc.
Sandy Wagner
Werner Enterprises
14507 Frontier Road
Omaha NE 68138

*Jones, Jimmy*
*2020672982*
*11-19-20*
*LM*
*Attn MP*

02/11/2022

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).   **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

Item: 2022-32

| | | |
|---|---|---|
| 1. | **Entity Served:** | Werner Enterprises, Inc. |
| 2. | **Title of Action:** | Laterica Finley vs. Jimmy Lee Jones and Werner Enterprise, Inc. |
| 3. | **Document(s) Served:** | Sheriff's Entry of Service<br>Summons<br>Disclosure Statement<br>General Civil and Domestic Relations Case Disposition Information Form |
| 4. | **Court/Agency:** | Cobb County Superior Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 22100849 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Thursday 02/10/2022 |
| 10. | **Date to Client:** | Friday 02/11/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Saturday 03/12/2022 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Sanford Hill<br>Summerville, GA<br>706-859-7777 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | Also Attached:<br>* Complaint<br>* Exhibit "A" |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

## SHERIFF'S ENTRY OF SERVICE

SERVE   SERVE

Civil Action No. __22100849__

Date Filed _____

| | |
|---|---|
| Superior Court | ☒ |
| State Court | ☐ |
| Juvenile Court | ☐ |

| | |
|---|---|
| Magistrate Court | ☐ |
| Probate Court | ☐ |

Georgia, __COBB_____ COUNTY

Attorney's Address  **Hill, Sanford**
**Law Offices, PC**
**P.O. Box 140**
**136 Highway 48**
**Summerville, GEORGIA 30747-**

FINLEY, LATERICA
_____
_____
Plaintiff

VS.
JONES, JIMMY LEE; WERNER ENTERPRISE, INC.,

Name and Address of Party to be Served.
**WERNER ENTERPRISE, INC.**

**2985 GORDY PARKWAY, 1ST FLOOR**

**MARIETTA, GEORGIA 30006**

DBA C/O CORPORATE CREATIONS NETWORK, INC.
Defendant
_____
_____
Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant_____ personally with a copy
of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant_____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

☐ Served the defendant _Werner Enterprise Inc_ a corporation
by leaving a copy of the within action and summons with _Anna Moner_  _Corporate_
in charge of the office and place of doing business of said Corporation in the County. _Creations Network_

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**

☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _10_ day of _FEB_____, 20 _22_        _341 / 02072_
Deputy

COPY

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

**ID# 2022-0017117-CV**
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22100849**

Ann B. Harris - 56
**FEB 08, 2022 08:56 AM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   22100849

$214.00 COST PAID

FINLEY, LATERICA

**PLAINTIFF**

**VS.**

JONES, JIMMY LEE
WERNER ENTERPRISE, INC., DBA C/O
CORPORATE CREATIONS NETWORK,
INC.

**DEFENDANTS**

**SUMMONS**

TO: WERNER ENTERPRISE, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Sanford Hill**
> **Law Offices, PC**
> **P.O. Box 140**
> **136 Highway 48**
> **Summerville, Georgia 30747**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 8th day of February, 2022.**

Clerk of Superior Court



Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**COPY**

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2022-0017116-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22100849**

Ann B. Harris - 56
FEB 08, 2022 08:56 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   22100849

$214.00 COST PAID

FINLEY, LATERICA

**PLAINTIFF**

**VS.**

JONES, JIMMY LEE
WERNER ENTERPRISE, INC., DBA C/O
CORPORATE CREATIONS NETWORK,
INC.

**DEFENDANTS**

## SUMMONS

TO: JONES, JIMMY LEE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Sanford Hill
Law Offices, PC
P.O. Box 140
136 Highway 48
Summerville, Georgia 30747**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 8th day of February, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

ID# 2022-0017119-CV
℮ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22100849**

Ann B. Harris - 56
FEB 08, 2022 08:56 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   **22100849**

**FINLEY, LATERICA**
                    Plaintiff

                    Vs.

**JONES, JIMMY L; WERNER ENTERPRISE, INC.**
                    Defendant

## TYPE OF ACTION

o Divorce without Agreement Attached      o URESA
o Divorce with Agreement Attached         o Name Change
o Domestic Relations                      o Other
o Damages Arising out of Contract         o Recusal
☒ Damages Arising out of Tort             o Adoption
o Condemnation
o Equity
o Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
o Zoning Appeals (denovo)
o Appeal, Including denovo appeal – excluding Zoning

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

☒ NO
o YES – If yes, please fill out the following:

          1. Case # _____

          2. Parties _____

          3. Assigned Judge _____

          4. Is this case still pending?      o   Yes      o   No

          5. Brief description of similarities:

                                        /S/   **Hill, Sanford** _____
                                        Attorney or Party Filing Suit

ID# 2022-0017118-CV
✎ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22100849**

Ann B. Harris - 56

FEB 08, 2022 08:56 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of _Cobb_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _02-08-2022_____ | Case Number _22100849_____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

FINLEY, LATERICA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

JONES, JIMMY LEE

WERNER ENTERPRISE, INC.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Hill, Sanford_____   **Bar Number** _354505_____   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

| General Civil Cases | |
|---|---|
| ☑ | Automobile Tort |
| ☐ | Civil Appeal |
| ☐ | Contract |
| ☐ | Contempt/Modification/Other Post-Judgment |
| ☐ | Garnishment |
| ☐ | General Tort |
| ☐ | Habeas Corpus |
| ☐ | Injunction/Mandamus/Other Writ |
| ☐ | Landlord/Tenant |
| ☐ | Medical Malpractice Tort |
| ☐ | Product Liability Tort |
| ☐ | Real Property |
| ☐ | Restraining Petition |
| ☐ | Other General Civil |

| Domestic Relations Cases | |
|---|---|
| ☐ | Adoption |
| ☐ | Contempt |
| | ☐ Non-payment of child support, medical support, or alimony |
| ☐ | Dissolution/Divorce/Separate Maintenance/Alimony |
| ☐ | Family Violence Petition |
| ☐ | Modification |
| | ☐ Custody/Parenting Time/Visitation |
| ☐ | Paternity/Legitimation |
| ☐ | Support – IV-D |
| ☐ | Support – Private (non-IV-D) |
| ☐ | Other Domestic Relations |

☐   Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                Case Number

☑   I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐   Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐   Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. _____ 22100849 _____

Date Filed _____

Attorney's Address  **Hill, Sanford**
**Law Offices, PC**
**P.O. Box 140**
**136 Highway 48**
**Summerville, GEORGIA 30747-**

Name and Address of Party to be Served.
**WERNER ENTERPRISE, INC.**

**2985 GORDY PARKWAY, 1ST FLOOR**

**MARIETTA, GEORGIA 30006**

| | | | |
|---|---|---|---|
| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia. _____ **COBB** _____ COUNTY

FINLEY, LATERICA
_____
_____
Plaintiff

VS.
JONES, JIMMY LEE; WERNER ENTERPRISE, INC.,

DBA C O CORPORATE CREATIONS NETWORK, INC.
Defendant
_____
_____
Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
☐ Served the defendant _____a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _____ day of _____, 20_____

_____
Deputy

ID# 2022-0017115-CV
≤ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22100849**

Ann B. Harris - 56
FEB 08, 2022 08:56 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE *SUPERIOR* COURT OF *COBB* COUNTY

STATE OF GEORGIA

|  |  |
|---|---|
| *LATERICA FINLEY* | |
| Plaintiff, | |
| v. | CIVIL ACTION<br><br>FILE NO.: _____ |
| *JIMMY LEE JONES, and WERNER*<br>*ENTERPRISE, INC.*, | |
| Defendants. | |

**JURY TRIAL DEMANDED**

**COMPLAINT**

COMES NOW *LATERICA FINLEY*, plaintiff, and makes and files this complaint against defendants *JIMMY LEE JONES, and WERNER ENTERPRISE, INC.* as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff *LATERICA FINLEY* resides at *146 Abner Drive, Cedartown, GA 30125*, and is subject to the jurisdiction of this court.

2.

Defendant *JIMMY LEE JONES* resides at *4397 Bells Chapel Road, E., Atkins, AR 72823-5919*, and may be served with a copy of the summons and complaint at this address. Service of Process is made pursuant to O.C.G.A. § 9-10-94.

3.

*WERNER ENTERPRISE, INC.* is a *FOREIGN* corporation existing under the laws of *GEORGIA* with its principal place of business in *NEBRASKA* and may be served through its registered agent *CORPORATE CREATIONS NETWORK, INC.* at 2985 Gordy Parkway, 1ˢᵗ floor, *Marietta, GA 30006,* and is subject to the jurisdiction of this court.

4.

Jurisdiction and venue are proper in this court.

## BACKGROUND

6.

On or about *November 19, 2020,* plaintiff was driving her vehicle *on I-75 South near the intersection of Pine Grove Road in Catoosa County, Georgia.*

7.

Defendant *JIMMY LEE JONES* was driving his vehicle *on I-75 South near the intersection of Pine Grove Road in Catoosa County, Georgia.*

8.

On this date, defendant *JIMMY LEE JONES* was operating his commercial vehicle on

behalf of defendant *WERNER ENTERPRISE, INC.*

9.

*Defendant JIMMY LEE JONES was traveling on I-75 South near the intersection of Pine Grove Road in Catoosa County, Georgia, when he attempted to change lanes and struck the passenger side of Plaintiff's vehicle with the left rear hubcap on the trailer he was pulling.*

10.

As a result of the collision, plaintiff suffered severe and permanent injuries.

## COUNT 1

## NEGLIGENCE

### 11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

### 12.

Defendant *JIMMY LEE JONES* was negligent in the following manner:

(a) *Improper lane change.*

(b) *Failure to maintain proper lookout.*

### 13.

Defendant *JIMMY LEE JONES* was negligent in making an improper lane change and failing to maintain a proper lookout for plaintiff's vehicle and colliding with plaintiff's vehicle.

### 14.

Defendant *JIMMY LEE JONES* negligence is the sole and proximate cause of the collision, and plaintiff's resulting injuries.

## COUNT 2

## IMPUTED LIABILITY

### 15.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above as if fully restated.

### 16.

At the time of the subject collision, defendant *JIMMY LEE JONES* was under dispatch for defendant *WERNER ENTERPRISE, INC.*

### 17.

At the time of the subject collision, defendant *JIMMY LEE JONES* was operating his vehicle on behalf of defendant *WERNER ENTERPRISE, INC.*

### 18.

Defendant *WERNER ENTERPRISE, INC.* is an intrastate or interstate company, and pursuant to federal and state laws, is responsible for the actions of defendant *JIMMY LEE*

*JONES* in regard to the collision described in this complaint under the doctrine of lease liability, agency or apparent agency.

## COUNT 3
## NEGLIGENT HIRING, TRAINING & SUPERVISION

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

Defendant *WERNER ENTERPRISE, INC.* was negligent in hiring defendant *JIMMY LEE JONES* and entrusting him to drive a commercial vehicle.

21.

Defendant *WERNER ENTERPRISE, INC.* was negligent in failing to properly train defendant *JIMMY LEE JONES*.

22.

Defendant WERNER ENTERPRISE, INC. was negligent in failing to properly supervise defendant *JIMMY LEE JONES*.

23.

Defendant *WERNER ENTERPRISE, INC. 'S,* negligence in hiring defendant *JIMMY LEE JONES* and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and plaintiff's resulting injuries.

## COUNT 4
## DAMAGES

29.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully restated.

30.

As a result of defendants' negligence, plaintiff suffered *neck pain, back pain, headaches, concussion, and Traumatic Brain Injury.*

31.

As a result of defendants' negligence, plaintiff has incurred past medical expenses and will continue to incur future medical expenses (See Exhibit "A" attached).

32.

As a result of defendants' negligence, plaintiff has been unable to work and has a claim for past and future lost wages.

33.

Defendants' negligence is the sole and proximate cause of plaintiff's injuries.

WHEREFORE, plaintiff prays that she has a trial on all issues and judgment against defendants as follows:

a.   That plaintiff recovers the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b.   That plaintiff recovers for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c.   That plaintiff recovers punitive damages in an amount to be determined by the enlightened conscience of a jury; and

d.   That plaintiff recovers such other and further relief as is just and proper.

This 8th day of February, 2022.

LAW OFFICE, PC

By: _____

SANFORD M? HILL
Georgia Bar No. *354505*
*Attorney for Plaintiff*

*P.O. BOX 140*

*136 HIGHWAY 48*

*SUMMERVILLE, GA 30747*

*706-859-7777*

Fax:  *706-857-0099*

E-mail:  *SANFORDHILL@WINDSTREAM.NET*

**LATERICA FINLEY**

**SPECIALS**

**FLOYD MEDICAL CENTER**        **$3,501.00**
P.O. BOX 233
ROME, GA 30162-0233
706-509-6000
ACCOUNT #: 20324-00946

**ETOWAH EMERGENCY PHYSICIANS**    **$645.00**
P.O. BOX 740937
ATLANTA, GA 30374-0937
678-507-0333
ACCOUNT #: 11070224V14272

**ROME RADIOLOGY GROUP PA**    **$600.00**
P.O. BOX 3253
INDIANAPOLIS, IN 46206-3253
844-265-1935
ACCOUNT #: 40180-RRG1

**LESLIE A. TUCKER, D.C.**    **$6,455.00**
500 CEDAR AVE SW
ROME, GA 30161-6714
706-290-0408
ACCOUNT #: 7464

**TBI DIAGNOSTIC CENTERS OF GEORIGA**    $2,328.26
2 WEBSTER ST NW
ROME, GA 30165
678-277-5022

**NEUROPSYCH CENTERS OF GEORGIA**    $5,050.00
368 WEST PIKE ST.
LAWRENCEVILLE, GA 30046
678-538-9314

**TOTAL:**    **$18,579.26**

Exhibit "A"

FEB 1 0 2022

# **<u>EXHIBIT B</u>**

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **LATERICA FINLEY,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | **22100849** |
| **v.** | |
| **JIMMY LEE JONES and WERNER ENTERPRISES, INC.** | |
| **Defendants.** | |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

COME NOW, Jimmy Lee Jones and Werner Enterprises, Inc. (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.      Defendants have filed a Notice of Removal to United States District Court. A true and correct copy of the Notice is attached as Ex. "A".

2.      As a result thereof, this matter is automatically stayed and the action removed to United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 11th day of March, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Mark D. Christopher*
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020

scox@hallboothsmith.com
mchristopher@hallboothsmith.com

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **LATERICA FINLEY,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | **22100849** |
| **v.** | |
| **JIMMY LEE JONES and WERNER ENTERPRISES, INC.** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on  this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with Odyssey E-File which will automatically send electronic notification to the following:

Sanford M. Hill
P.O. Box 140
136 Highway 48
Summerville, GA  30747
sanfordhill@windstream.net

Respectfully submitted this 11th day of March, 2022.

**HALL BOOTH SMITH, P.C.**

/s/ Mark D. Christopher
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775

- 3 -

T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **LATERICA FINLEY,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | _____ |
| **JIMMY LEE JONES and WERNER ENTERPRISES, INC.,** | **REMOVED FROM SUPERIOR COURT OF COBB COUNTY** |
| **Defendants.** | **CIVIL ACTION FILE NO. 22100849** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day served a copy of the within and foregoing

<u>**DEFENDANTS' NOTICE OF REMOVAL**</u>  upon all parties to this matter by

depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed

to counsel of record as follows and/or filing said document with the CM/ECF system

which will automatically send electronic notification to the following:

Sanford M. Hill
P.O. Box 140
136 Highway 48
Summerville, GA  30747
sanfordhill@windstream.net

7

Respectfully submitted this 11th day of March, 2022.

**HALL BOOTH SMITH, PC**


*/s/ Sean B. Cox*
_____
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants*


191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  (404) 954-5000
F:  (404) 954-5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com